UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>AnthymTV Co.<br><br><br><br>Debtor(s). | CHAPTER 11<br><br>CASE NO: 23-00438-EG<br><br>ORDER CONVERTING CASE UNDER CHAPTER 11 TO CASE UNDER CHAPTER 7 |

Upon consideration of the motion of AnthymTV Co. to convert this case from chapter 11 to chapter 7 of title 11 of the United States Code pursuant to 11 U.S.C. § 1112 ,

**IT IS, THEREFORE, ORDERED THAT:**

1. this case be, and the same hereby is, converted to a case under chapter 7 of title 11 of the United States Code;

2. within **fourteen (14) days** of the entry of this Order, the debtor(s) shall file with the Court:

   A. final statements of profit and loss and cash position through the date of conversion;

   B. revised schedules, if appropriate, including revised schedules D, E/F, G, and H showing claims or interests against the debtor(s) arising subsequent to the entry of the order for relief while this case was being administered under chapter 11;

   C. a mailing matrix, if not previously filed; and

   D. a description of any post-petition transactions that should be reflected in a statement of affairs filed as of the date of conversion; and

3. within **thirty (30) days** of the entry of this Order or before the first date set for the meeting of creditors, whichever is earlier, the debtor(s) shall file with the Court a statement of intention as to any property encumbered by consumer debt.

Failure to comply with this Order or any other requirements of the Bankruptcy Code or Bankruptcy Rules may result in the dismissal of this case. Should this case be dismissed for any reason, any fees due to the Clerk of Court pursuant to 28 U.S.C. § 1930 and the appendix thereto, or any fees due to the United States trustee pursuant to 28 U.S.C. § 1930(a)(6), shall be paid within ten (10) days of the entry of the order of dismissal.

**AND IT IS SO ORDERED.**

**FILED BY THE COURT**
**05/10/2023**



Elisabetta G. M. Gasparini
US Bankruptcy Judge
District of South Carolina